## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 13, 2012, I caused to be electronically filed on behalf of John Doe #15 the Notice of Motion to Quash Plaintiff's Rule 45 Subpoena and Sever and Dismiss Pursuant to Rule 21, Memorandum of Law, and Proposed Order with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                                                   s/ Peter C. Dee
                                                                                     Peter C. Dee