UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MALIBU MEDIA, LLC,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**JOHN DOES 1-22,**<br><br>　　　　　Defendants. | Civil Action No. 12-3898 (MAS) |
| **MALIBU MEDIA, LLC,**<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>**JOHN DOES 1-40,**<br><br>　　　　　Defendants. | Civil Action No. 12-3899 (MAS) |
| **MALIBU MEDIA, LLC,**<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>**JOHN DOES 1-62,**<br><br>　　　　　Defendants. | Civil Action No. 12-3900 (AET) |

　　**THESE MATTERS** having come before the Court by way of Plaintiff's Complaints and requests to serve third party subpoenas, as well as various motions to quash the third party subpoena; and for good cause shown,

1

**IT IS** on this **9th** day of **October, 2012,**

**ORDERED** that a Settlement Conference will be conducted by the undersigned, at the Clarkson S. Fisher United States Courthouse, Trenton, New Jersey on **November 29, 2012 at 2:30 p.m.** Counsel and parties who are represented and have full authority to settle the case are to be present. Any party who has not entered an appearance may appear and participate at the Settlement Conference.

 

 

**LOIS H. GOODMAN**
**United States Magistrate Judge**