Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MAKSYM TSANKO, and JOHN DOES 1-5, 7-12, 14-35, 37, 38, 40,<br>　　　　　　　Defendants. | Civil Action No. 3:12-cv-03899-MAS-LHG |

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL <u>WITH PREJUDICE OF JOHN DOE 11 ONLY</u>

**PLEASE TAKE NOTICE**, Plaintiff has settled this matter with John Doe 11 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe 11 was assigned the IP Address 68.39.161.23. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 11 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: December 12, 2012

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　By: __/s/ *Patrick J. Cerillo*__
　　　　　　　　　　　　　　　　　　　　　　　Patrick J. Cerillo, Esquire

1

pjcerillolaw@comcast.net
Attorney At Law
4 Walter Foran Boulevard, Suite 402
Flemington, NJ 08822
Phone: 908-284-0997
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/*Patrick J. Cerillo*
Patrick J. Cerillo, Esq.